```
                    UNITED STATES DISTRICT COURT
                  FOR THE DISTRICT OF NEW HAMPSHIRE
```

**United States of America**

    **v.**                                       Criminal No.10-cr-121-01-PB

**Jose Santos Rodriguez**

### O R D E R

The defendant has moved to continue the April 5, 2011 trial in the above case. Defendant cites the need for additional time to prepare for trial. The government does not object to a continuance of the trial date.

Accordingly, in order to allow the parties additional time to properly prepare for trial, the court will continue the trial from April 5, 2011 to June 7, 2011. In agreeing to continue the trial, the court finds pursuant to 18 U.S.C.A. § 3161(h)(8)(A) that for the above-stated reasons, the ends of justice served in granting a continuance outweigh the best interests of the public and the defendant in a speedy trial.

  The March 21, 2011 final pretrial conference is continued until May 24, 2011 at 3:30 pm.

  SO ORDERED.

                <u>/s/ Paul Barbadoro</u>
                Paul Barbadoro
                Chief Judge

March 16, 2011

cc: Adam Bernstein, Esq.
   Terry Ollila, Esq.
   United States Probation
   United States Marshal