UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW HAMPSHIRE


<u>United States of America</u>

    v.                                          Case No. 10-cr-121-PB

<u>Jose Santos Rodriguez</u>


<u>**O R D E R**</u>

      The defendant has moved through counsel to continue the trial scheduled for June 7, 2011, citing a negotiated plea agreement and request to schedule a plea hearing on June 23, 2011.  The government does not object to a continuance of the trial date.

      Accordingly, for the above reasons and to allow time for the parties to properly prepare for trial, the court will continue the trial from June 7, 2011 to July 6, 2011.  In agreeing to continue the trial, the court finds pursuant to 18 U.S.C.A. § 3161(h)(7)(A) that for the above-stated reasons, the ends of justice served in granting a continuance outweigh the best interests of the public and the defendant in a speedy trial.

The May 24, 2011 final pretrial conference is cancelled, and the clerk shall set the matter for a plea hearing on June 23, 2011. No further continuances of the trial date will be granted.

SO ORDERED.

/s/Paul Barbadoro
Paul Barbadoro
United States District Judge

May 19, 2011

cc: Adam Bernstein, Esq.
　　Terry Ollila, AUSA
　　United States Probation
　　United States Marshal